**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMNAL NO.3:24 CR-00026 AWT** |
| | : | |
| **VS.** | : | |
| | : | |
| **RUPERT DE LAS CASAS** | : | **FEBRUARY 15, 2024** |

**NOTICE OF APPEARANCE**

Please enter the appearance of Attorney Ioannis A. Kaloidis on behalf of the defendant, RUPERT DE LAS CASAS, in the above-captioned matter.

THE DEFENDANT, RUPERT DE LAS CASAS

By:    /s/Ioannis A. Kaloidis
      Ioannis A. Kaloidis, for
      The Kaloidis Law Firm, LLC
      580 Watertown Avenue
      Waterbury, Connecticut 06708
      Phone No. (203) 597.0010
      Facsimile No. (203) 597.0024
      Email Address: john@kaloidislaw.com
      Federal Bar No. ct25510

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of February, 2024 a copy of the forgoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing though the Court's system.

                /s/Ioannis A. Kaloidis
              Ioannis A. Kaloidis